DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

STATE v. REVELL

No. 153 PC.

Case below: 54 N.C. App. 694.

Petition by defendant for discretionary review under G.S. 7A-31 denied 27 January 1982.

STATE v. ROSEBORO

No. 19P82.

Case below: 55 N.C. App. 205.

Petition by defendant for discretionary review under G.S. 7A-31 denied 27 January 1982. Motion of Attorney General to dismiss appeal for lack of substantial constitutional question allowed 27 January 1982.

STATE v. SAMUELS

No. 129 PC.

Case below: 54 N.C. App. 493.

Petition by defendant for discretionary review under G.S. 7A-31 denied 27 January 1982.

STATE v. SUMMERS

No. 157 PC.

Case below: 54 N.C. App. 493.

Petition by defendant for discretionary review under G.S. 7A-31 denied 27 January 1982.